No. 70, Misc.  YOUNG *v.* FLORIDA.  Sup. Ct. Fla. Certiorari denied.  *Jack J. Taffer* for petitioner.  *Earl Faircloth,* Attorney General of Florida, and *James M. Adams*, Assistant Attorney General, for respondent.

No. 90, Misc.  CONLEY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Leonard H. Dickstein* for the United States.

No. 91, Misc.  TWIST *v.* REDEKER ET AL.  C. A. 8th Cir.  Certiorari denied.  *Harold Norris* for petitioner. *Richard C. Turner,* Attorney General of Iowa, and *Elizabeth A. Nolan,* Assistant Attorney General, for respondents.

No. 93, Misc.  HEIRENS *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  *William J. Scott,* Attorney General of Illinois, and *James R. Thompson, Joel M. Flaum, James B. Zagel,* and *Morton E. Friedman,* Assistant Attorneys General, for respondent.

No. 94, Misc.  BUTLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.  *Harold Buchman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States.

No. 95, Misc.  CAFFEY *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.  *John C. Danforth,* Attorney General of Missouri, and *Gene E. Voigts,* First Assistant Attorney General, for respondent.